UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRIS BROWN, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:25-CV-01162-SPM ) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Shirley Padmore Mensah to District Judge Stephen R. Clark.

August 5, 2025
Date

*Nathan M. Graves*       /
Clerk of Court

By: /s/ Heather Aubuchon       /
HEATHER AUBUCHON
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:25-CV-01162-SRC**