AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-01162-SRC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bureau of Alcohol, Tobacco, Firearms and Explosives; United States Department of Justice; Pamela J. Bondi, U.S. Attorney General; Daniel Driscoll, ATF Acting Director; Matthew T. Drake Acting U.S. Attorney for the Eastern District of Missouri

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On August 4, 2025, I mailed the Summonses, Complaint, Disclosure Statement of Prime Protection STL, LLC, Disclosure Statement of National Rifle Association of America, Disclosure Statement of Firearms Policy Coalition, Inc., Disclosure Statement of Second Amendment Foundation, and Disclosure Statement of American Suppressor Association to all Defendants as well as the civil process clerk at the Office of the U.S. Attorney for the Eastern District of Missouri.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/04/25

*Server's signature*

Madelyn "Sophi" Snyder, Legal Assistant, Cooper & Kirk PLLC
*Printed name and title*

Cooper & Kirk PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
*Server's address*

Additional information regarding attempted service, etc:

District of Columbia
Signed and sworn to (or affirmed) before me on 09/04/2025 by MADELYN SNYDER
*Signature of Notarial Officer*

Exec: DTR .
*Title of Office*

My commission expires: June 14, 2027

[Notary seal: JOHN C. BROWN, NOTARY PUBLIC, MY COMMISSION EXPIRES 6 14 2027, DISTRICT OF COLUMBIA]

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052703196737535

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 4:56 am on August 6, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
August 6, 2025, 4:56 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

**Tracking Number:**

Remove ✕

# 9589071052703196737559

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:55 am on August 6, 2025 in WASHINGTON, DC 20226.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

Delivered, Individual Picked Up at Post Office
WASHINGTON, DC 20226
August 6, 2025, 4:55 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ∨

**Tracking Number:**                                                              Remove ✕

# 9589071052703196737566

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent. The item was picked up at USPS at 8:59 am on August 8, 2025 in SAINT LOUIS, MO 63102.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered to Agent

Delivered to Agent, Picked up at USPS
SAINT LOUIS, MO 63102
August 8, 2025, 8:59 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ∨

**Tracking Number:**                                                                 Remove ✕

# 9589071052703196737573

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 4:56 am on August 6, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
August 6, 2025, 4:56 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

**Tracking Number:**                                                                 Remove ✕

# 9589071052703196737542

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 4:55 am on August 6, 2025 in WASHINGTON, DC 20226.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20226
August 6, 2025, 4:55 am









