# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

CHRIS BROWN, *et al.*,

    *Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,

    *Defendants*.

No. 4:25-cv-1162

## JOINT MOTION TO ENTER STIPULATED SCHEDULE

The parties in this matter have conferred and respectfully request that the Court enter a stipulated schedule that establishes deadlines for briefing dispositive motions.

Plaintiffs commenced this action on August 1, 2025, to challenge the constitutionality of the National Firearms Act. *See* Compl., ECF No. 1. Defendants' deadline to respond to the amended complaint is currently October 7, 2025. *See* Fed. R. Civ. P. 12(a)(2).

The parties agree that this case, which presents only pure questions of law, can be resolved most efficiently through cross-motions for summary judgment. Accordingly, the parties request that the Court adopt the following schedule to govern further proceedings:

- Plaintiffs will file their motion for summary judgment on **November 14, 2025**;

- Defendants will file their combined opposition to plaintiffs' motion and cross-motion for summary judgment on **December 17, 2025**;

- Plaintiffs will file their combined reply in support of their motion and opposition to defendants' motion on **January 21, 2025**;

- Defendants will file their reply in support of their motion on **February 20, 2025**;

- Defendants' obligation to file an answer to the amended complaint is stayed pending the Court's resolution of the parties' cross-motions for summary judgment.

The parties appreciate the Court's consideration. A proposed order is attached.

Dated: September 22, 2025

Respectfully submitted,

/s/ Peter A. Patterson
David H. Thompson
Peter A. Patterson
Nicholas A. Varone
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Tel: (202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
nvarone@cooperkirk.com

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

/s/ Jody D. Lowenstein
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On September 22, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Missouri, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Jody D. Lowenstein
JODY D. LOWENSTEIN
Trial Attorney
U.S. Department of Justice