UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRIS BROWN et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 4:25-cv-01162-SRC |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES et al., | ) ) ) ) |
| Defendants. | ) |

## Order

Having reviewed the parties' joint motion to enter a stipulated schedule, the Court grants [15] the motion in part and enters the following schedule:

- The Court declines to stay Defendants' filing of an answer; Defendants must file an answer to Plaintiffs' complaint no later than October 7, 2025;

- Plaintiffs must file their motion for summary judgment on November 14, 2025;

- Defendants must file their combined opposition to Plaintiffs' motion and must file Defendants' cross-motion for summary judgment on December 17, 2025;

- Plaintiffs must file their combined reply in support of their motion and opposition to Defendants' motion on January 21, 2026;

- Defendants must file their reply in support of their motion on February 20, 2026.

So ordered this 30th day of September 2025.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE