# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHRIS BROWN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | No. 4:25-cv-1162 |

**DEFENDANTS' MOTION TO FILE ANSWER NUNC PRO TUNC**

Defendants respectfully request the Court's permission to file their answer to plaintiffs' complaint *nunc pro tunc*.

Plaintiffs commenced this action on August 1, 2025, to challenge the constitutionality of the National Firearms Act. *See* ECF No. 1. On September 22, the parties requested that the Court enter a stipulated schedule for briefing cross-motions for summary judgment and stay defendants' obligation to file an answer, given that this case presents only pure legal questions. *See* ECF No. 15. On September 30, the Court entered the parties' stipulated briefing schedule but declined to stay or extend defendants' deadline to file an answer, which was October 7. *See* ECF No. 16. Regrettably, undersigned counsel was out of the country and without access to his official email account at that time (per Department of Justice rules for foreign travel), and was unaware of the Court's scheduling order until October 8. Defendants' failure to file an answer by the established deadline was due entirely to undersigned counsel's failure to make arrangements to ensure the timely filing of an answer if the request to stay the answer were denied while he was out of the country.

Defendants thus respectfully request that the Court allow them to file their answer to plaintiffs' complaint, attached as Exhibit 1, *nunc pro tunc* and effective October 7, 2025. Defendants conferred with plaintiffs, and plaintiffs consent to the requested relief.

Defendants appreciate the Court's consideration. A proposed order is attached.

Dated: October 10, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On October 10, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Missouri, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                                          */s/ Jody D. Lowenstein*
                                                                          JODY D. LOWENSTEIN
                                                                          Trial Attorney
                                                                          U.S. Department of Justice