IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRIS BROWN, *et al.*,<br><br>　　*Plaintiffs*,<br><br>　v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, *et al.*,<br><br>　　*Defendants*. | No. 4:25-cv-1162 |

**PROPOSED ORDER**

Upon consideration of Defendants' Motion to File Answer Nunc Pro Tunc, the Court hereby **GRANTS** the motion. Defendants are permitted to file their answer to plaintiffs' complaint *nunc pro tunc* and effective October 7, 2025.

　　**SO ORDERED**.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　STEPHEN R. CLARK
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE