IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS BROWN; ALLEN MAYVILLE; PRIME PROTECTION STL, LLC D/B/A PRIME PROTECTION STL TACTICAL BOUTIQUE; NATIONAL RIFLE ASSOCIATION OF AMERICA; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; and AMERICAN SUPPRESSOR ASSOCIATION, | : : : : : : : : | |
| *Plaintiffs*, | : : | No. 4:25-cv-1162 |
| v. | : : | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; DANIEL P. DRISCOLL, in his official capacity as Acting Director of the Bureau of Alcohol Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and PAMELA J. BONDI, in her official capacity as Attorney General of the United States, | : : : : : : : : | |
| *Defendants*. | : : | |

**JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

The parties in this matter have conferred and respectfully request that the Court grant leave to exceed the page limits established by Local Rule 4.01(D) for the parties' upcoming cross-motions for summary judgment (*see* ECF No. 16) as follows:

- Plaintiffs' motion for summary judgment – **45 pages**;

- Defendants' combined opposition to Plaintiffs' motion and cross-motion for summary judgment – **60 pages**;

- Plaintiffs' combined reply in support of their motion and opposition to Defendants' motion – **45 pages**; and

- Defendants' reply in support of their motion – **30 pages**.

Under Local Rule 4.01(D), a party may file "any motion, memorandum, or brief which exceeds fifteen (15) numbered pages" with leave of the Court. The parties respectfully request such leave for their summary judgment memoranda. Because the legal issues are complex and significant—involving the constitutionality of the National Firearms Act—more than 15 pages will be needed to explain the parties' arguments, so leave is appropriate. *See Monsanto Co. v. E.I. DuPont de Nemours & Co.*, 2012 WL 5397601, at *8 (E.D. Mo. Nov. 2, 2012) ("Recognizing the complexity of the action and the significance of the issues involved, this Court granted [the] request for a substantial expansion of the briefing page limitations.").

For these reasons, the parties respectfully ask the Court to grant leave to file memoranda that exceed 15 pages, as set forth above.

The parties appreciate the Court's consideration. A proposed order is attached.

Dated: October 31, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ David H. Thompson*
　　　　　　　　　　　　　　　　　　　　David H. Thompson*
　　　　　　　　　　　　　　　　　　　　Peter A. Patterson*
　　　　　　　　　　　　　　　　　　　　Nicholas A. Varone*
　　　　　　　　　　　　　　　　　　　　COOPER & KIRK, PLLC
　　　　　　　　　　　　　　　　　　　　1523 New Hampshire Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　Tel: (202) 220-9600
　　　　　　　　　　　　　　　　　　　　dthompson@cooperkirk.com
　　　　　　　　　　　　　　　　　　　　ppatterson@cooperkirk.com
　　　　　　　　　　　　　　　　　　　　nvarone@cooperkirk.com

　　　　　　　　　　　　　　　　　　　　*Admitted pro hac vice*

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*


　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　ANDREW I. WARDEN
　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　*/s/ Jody D. Lowenstein*
　　　　　　　　　　　　　　　　　　　　JODY D. LOWENSTEIN
　　　　　　　　　　　　　　　　　　　　Mont. Bar No. 55816869
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　1100 L Street NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Phone: (202) 598-9280
　　　　　　　　　　　　　　　　　　　　Email: jody.d.lowenstein@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On October 31, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Missouri, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ David H. Thompson*
David H. Thompson
COOPER & KIRK, PLLC
