IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRIS BROWN; ALLEN MAYVILLE; PRIME PROTECTION STL, LLC D/B/A PRIME PROTECTION STL TACTICAL BOUTIQUE; NATIONAL RIFLE ASSOCIATION OF AMERICA; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; and AMERICAN SUPPRESSOR ASSOCIATION, | : : : : : : : : |
| *Plaintiffs*, | : No. 4:25-cv-1162 |
| v. | : : |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; DANIEL P. DRISCOLL, in his official capacity as Acting Director of the Bureau of Alcohol Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and PAMELA J. BONDI, in her official capacity as Attorney General of the United States, | : : : : : : : : |
| *Defendants*. | : |

**PROPOSED ORDER**

Upon consideration of the parties' Joint Motion for Leave to Exceed Page Limits, the Court hereby **GRANTS** the motion. The page limits for the parties' memoranda in connection with their cross-motions for summary judgment are as follows:

- Plaintiffs' motion for summary judgment – **45 pages**;

- Defendants' combined opposition to Plaintiffs' motion and cross-motion for summary judgment – **60 pages**;

- Plaintiffs' combined reply in support of their motion and opposition to Defendants' motion – **45 pages**; and

- Defendants' reply in support of their motion – **30 pages**.

**SO ORDERED.**

Dated: _____

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE