# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS BROWN; ALLEN MAYVILLE; PRIME PROTECTION STL, LLC D/B/A PRIME PROTECTION STL TACTICAL BOUTIQUE; NATIONAL RIFLE ASSOCIATION OF AMERICA; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; and AMERICAN SUPPRESSOR ASSOCIATION, | : : : : : : : : | |
| *Plaintiffs*, | : : | No. 4:25-cv-1162 |
| v. | : : : | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; DANIEL P. DRISCOLL, in his official capacity as Acting Director of the Bureau of Alcohol Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and PAMELA J. BONDI, in her official capacity as Attorney General of the United States, | : : : : : : : : : | |
| *Defendants*. | : | |

## DECLARATION OF ALLEN MAYVILLE

1. My name is Allen Mayville. I am a citizen of the United States and a resident of Omaha, Nebraska.

2. I am over the age of 21 and eligible to purchase and possess firearms under Nebraska and federal law. I am a firearms owner, a member of National Rifle Association of America, Firearms Policy Coalition, Inc., Second Amendment Foundation, and American Suppressor Association, and a supporter of the right to keep and bear arms.

3. I value my personal privacy and do not want the federal government to obtain identifying information about my personally owned firearms, including information such as my name, home address, photograph, date of birth, demographic information, fingerprints, and a

detailed description of my firearms, including their quantity and physical locations. Federal law, however, currently requires that I provide all of this intrusive personally identifying information to the federal government for me legally to make, transfer, or receive items defined and regulated as "firearms" under the NFA through its registration requirements. *See* 26 U.S.C. §§ 5811, 5812, 5821, 5822, 5841; 27 C.F.R. §§ 479.62, 479.84.

4. I object to this burdensome registration requirement, which forces me to provide information to the federal government similar to that obtained from an individual arrested and charged with a crime.

5. Complying with the NFA's registration requirements as a precondition to lawfully making, transferring, or receiving the covered firearms imposes a significant regulatory burden on me. For example, to register a firearm regulated by the NFA, I must spend time completing the application forms issued by the ATF and then wait for the ATF to issue an approval determination, enter my registration information, and authorize my possession of the firearm. *See* BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES, OMB NO. 1140-0014, FORM 1 (5320.1): APPLICATION TO MAKE AND REGISTER A FIREARM (2022), https://perma.cc/RZ5B-5Q5Y; BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES, OMB NO. 1140-0014, FORM 4 (5320.4): APPLICATION FOR TAX PAID TRANSFER AND REGISTRATION OF FIREARM (2023), https://perma.cc/963W-KTYE.

6. Collecting the information required by these forms and completing them can take significant time, and I must then wait what could be months for the ATF to enter my registration information and issue an approval determination. *See Current Processing Times*, BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES, https://perma.cc/XNZ7-UZUR (last updated Sept.

2

19, 2025). Indeed, it took over nine months for ATF to approve my first suppressor purchase: from November 2022 to August 2023.

7. To comply with the NFA's requirements, I have incurred costs arising from providing my fingerprints and photographs when registering suppressors with the ATF.

8. Given the One Big Beautiful Bill Act's, Pub. L. No. 119-21, 139 Stat. 72 (2025), reduction of the NFA's excise tax for the majority of covered firearms to $0, I plan to do the following with respect to NFA-covered firearms.

9. I want to acquire an additional suppressor for my firearms—a new BANISH 30-V2 suppressor—but have declined to do so because of the NFA provisions being challenged in this case.

10. I would acquire the suppressor within the State of Nebraska within 30 days of the effective date of the $0 tax if it were not a violation of federal law to do so without complying with the challenged NFA provisions. Were I to acquire the suppressor without complying with those provisions, I would face arrest, prosecution, and imprisonment for felony violations of federal law. *See* 26 U.S.C. §§ 5861, 5871. Consequently, I will not purchase my desired suppressor unless it would not be a violation of federal law for me to do so without complying with the NFA's registration provisions.

I, Allen Mayville, certify under penalty of perjury that the foregoing is true and correct.

____11/10/2025____  
**DATE**

_____[signature]_____  
**ALLEN MAYVILLE**

3