# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRIS BROWN; ALLEN MAYVILLE; PRIME PROTECTION STL, LLC D/B/A PRIME PROTECTION STL TACTICAL BOUTIQUE; NATIONAL RIFLE ASSOCIATION OF AMERICA; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; and AMERICAN SUPPRESSOR ASSOCIATION, | : : : : : : : : | |
| *Plaintiffs*, | : : | No. 4:25-cv-1162 |
| v. | : : | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; DANIEL P. DRISCOLL, in his official capacity as Acting Director of the Bureau of Alcohol Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and PAMELA J. BONDI, in her official capacity as Attorney General of the United States, | : : : : : : : : | |
| *Defendants*. | : : | |

**DECLARATION OF PRIME PROTECTION STL, LLC D/B/A
PRIME PROTECTION STL TACTICAL BOUTIQUE**

1.  My name is Armon Reed-Wynne. My wife and I have been the co-owners of Prime Protection STL, LLC d/b/a Prime Protection STL Tactical Boutique ("Prime Protection") since its formation in 2016. Unless otherwise stated, this declaration is based on my personal knowledge and belief and my review of business records of Prime Protection. If called as a witness, I could and would testify competently to the contents of this declaration.

2.  I am over 18 years of age, a citizen of the United States, and of sound mind.

3.  Prime Protection is a limited liability corporation formed under the laws of Missouri in 2016 with its principal place of business in St. Louis County, Missouri. It is a federally

licensed firearms dealer under the Gun Control Act and is licensed to sell NFA items under the NFA. It is a member of National Rifle Association of America, Firearms Policy Coalition, Inc., Second Amendment Foundation, and American Suppressor Association.

4. Prime Protection sells a wide variety of handguns, rifles, shotguns, firearms components, firearms accessories, and NFA firearms, including suppressors, short-barreled rifles, and short-barreled shotguns, including to residents of Missouri.

5. Prime Protection incurs significant regulatory costs in order to comply with the NFA's registration requirements in selling these firearms. For example, the NFA imposes burdensome recordkeeping requirements on Prime Protection to sell NFA-covered firearms.

6. Prime Protection has lost sales because of the NFA's registration requirements, including sales to residents of Missouri. Prospective and repeat customers have declined to purchase NFA firearms because the NFA requires them to submit personally identifying information to the federal government and go through the intrusive, time-consuming registration process. These sales to prospective and repeat customers would have occurred but for the NFA's registration scheme. Consequently, Prime Protection loses potential customers and business revenue because of the NFA's registration requirements. If it were not a violation of federal law to do so, Prime Protection would sell suppressors, short-barreled rifles, and short-barreled shotguns without complying with the challenged NFA provisions.

I, Armon Reed-Wynne, certify under penalty of perjury that the foregoing is true and correct.

___11/10/2025___
DATE

___[signature]___
ARMON REED-WYNNE
CO-OWNER
PRIME PROTECTION STL, LLC