# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRIS BROWN; ALLEN MAYVILLE; PRIME PROTECTION STL, LLC D/B/A PRIME PROTECTION STL TACTICAL BOUTIQUE; NATIONAL RIFLE ASSOCIATION OF AMERICA; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; and AMERICAN SUPPRESSOR ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; DANIEL P. DRISCOLL, in his official capacity as Acting Director of the Bureau of Alcohol Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and PAMELA J. BONDI, in her official capacity as Attorney General of the United States,<br><br>*Defendants*. | No. 4:25-cv-1162 |

## DECLARATION OF NATIONAL RIFLE ASSOCIATION OF AMERICA

1. My name is John Commerford. I am the Executive Director of the National Rifle Association of America Institute for Legislative Action, a position I have held since 2024. Unless otherwise stated, this declaration is based on my personal knowledge and belief and my review of business records of the National Rifle Association of America ("NRA"). If called as a witness, I could and would testify competently to the contents of this declaration.

2. I am over 18 years of age, a citizen of the United States, and of sound mind.

3. NRA is a nonprofit corporation founded in 1871.

4. NRA is America's oldest civil rights organization and America's leading provider of firearms marksmanship and safety training for both civilians and law enforcement.

5. NRA has millions of members across the nation, including in states in the Eighth Circuit.

6. Chris Brown, Allen Mayville, and Prime Protection STL, LLC d/b/a Prime Protection STL Tactical Boutique—plaintiffs in this case—are members of NRA. NRA brings this suit on behalf of its members, who are directly harmed by Defendants' enforcement of the NFA.

I, John Commerford, certify under penalty of perjury that the foregoing is true and correct.

11/13/25
**DATE**

**John Commerford**
**Executive Director**
**NATIONAL RIFLE ASSOCIATION OF AMERICA INSTITUTE FOR LEGISLATIVE ACTION**