# EXHIBIT 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS BROWN; ALLEN MAYVILLE; PRIME PROTECTION STL, LLC D/B/A PRIME PROTECTION STL TACTICAL BOUTIQUE; NATIONAL RIFLE ASSOCIATION OF AMERICA; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; and AMERICAN SUPPRESSOR ASSOCIATION, | : : : : : : : : | |
| *Plaintiffs*, | : : | No. 4:25-cv-1162 |
| v. | : : | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; DANIEL P. DRISCOLL, in his official capacity as Acting Director of the Bureau of Alcohol Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and PAMELA J. BONDI, in her official capacity as Attorney General of the United States, | : : : : : : : : | |
| *Defendants*. | : : | |

## <u>DECLARATION OF FIREARMS POLICY COALITION, INC.</u>

1. My name is Brandon Combs. I am the President of Firearms Policy Coalition, Inc. ("FPC"), a position I have held since 2014. Unless otherwise stated, this declaration is based on my personal knowledge and belief and my review of business records of FPC. If called as a witness, I could and would testify competently to the contents of this declaration.

2. I am over 18 years of age, a citizen of the United States, and of sound mind.

3. FPC is a nonprofit membership organization incorporated under the laws of Delaware with its principal place of business in Clark County, Nevada, with members across the country.

4. FPC works to create a world of maximal human liberty and freedom and to promote and protect individual liberty, private property, and economic freedoms. It seeks to protect, defend, and advance the People's rights, especially but not limited to the inalienable, fundamental, and individual right to keep and bear arms and protect the means by which individuals may exercise the right to carry and use firearms.

5. FPC serves its members and the public through legislative advocacy, grassroots advocacy, litigation and legal efforts, research, education, outreach, and other programs.

6. Chris Brown, Allen Mayville, and Prime Protection STL, LLC d/b/a Prime Protection STL Tactical Boutique—plaintiffs in this case—are members of FPC. FPC brings this suit on behalf of its members, who are directly harmed by Defendants' enforcement of the NFA.

I, Brandon Combs, certify under penalty of perjury that the foregoing is true and correct.

November 8, 2025
**DATE**

**BRANDON COMBS**
**PRESIDENT**
**FIREARMS POLICY COALITION, INC.**