# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS BROWN; ALLEN MAYVILLE; PRIME PROTECTION STL, LLC D/B/A PRIME PROTECTION STL TACTICAL BOUTIQUE; NATIONAL RIFLE ASSOCIATION OF AMERICA; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; and AMERICAN SUPPRESSOR ASSOCIATION, | : : : : : : : : | |
| *Plaintiffs*, | : : | No. 4:25-cv-1162 |
| v. | : : | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; DANIEL P. DRISCOLL, in his official capacity as Acting Director of the Bureau of Alcohol Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and PAMELA J. BONDI, in her official capacity as Attorney General of the United States, | : : : : : : : : : | |
| *Defendants*. | : | |

## **DECLARATION OF SECOND AMENDMENT FOUNDATION**

1. My name is William Sack. I am the Director of Legal Operations of Second Amendment Foundation ("SAF"), a position I have held since 2023. Unless otherwise stated, this declaration is based on my personal knowledge and belief and my review of business records of SAF. If called as a witness, I could and would testify competently to the contents of this declaration.

2. I am over 18 years of age, a citizen of the United States, and of sound mind.

3. SAF is a nonprofit educational foundation incorporated in 1974.

4. SAF's mission is to preserve the individual constitutional right to keep and bear arms through public education, judicial, historical, and economic research, publishing, and legal-

action programs focused on the civil right guaranteed by the Second Amendment to the United States Constitution.

5.  Chris Brown, Allen Mayville, and Prime Protection STL, LLC d/b/a Prime Protection STL Tactical Boutique—plaintiffs in this case—are members of SAF. SAF brings this suit on behalf of its members, who are directly harmed by Defendants' enforcement of the NFA.

I, William Sack, certify under penalty of perjury that the foregoing is true and correct.

_____11/10/2025_____  _____
**DATE**  **William Sack**
  **Director of Legal Operations**
  **SECOND AMENDMENT FOUNDATION**

2