# EXHIBIT 7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHRIS BROWN; ALLEN MAYVILLE; PRIME PROTECTION STL, LLC D/B/A PRIME PROTECTION STL TACTICAL BOUTIQUE; NATIONAL RIFLE ASSOCIATION OF AMERICA; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; and AMERICAN SUPPRESSOR ASSOCIATION, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| *Plaintiffs*, | : No. 4:25-cv-1162 |
| v. | :<br>: |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; DANIEL P. DRISCOLL, in his official capacity as Acting Director of the Bureau of Alcohol Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and PAMELA J. BONDI, in her official capacity as Attorney General of the United States, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| *Defendants*. | : |

## DECLARATION OF AMERICAN SUPPRESSOR ASSOCIATION

1. My name is Owen L Miller. I am the Vice-President of American Suppressor Association ("ASA"), a position I have held since 2016. Unless otherwise stated, this declaration is based on my personal knowledge and belief and my review of business records of ASA. If called as a witness, I could and would testify competently to the contents of this declaration.

2. I am over 18 years of age, a citizen of the United States, and of sound mind.

3. ASA was formed in 2011 with the purpose of securing pro-suppressor reform nationwide.

4. ASA has lobbied in 35 U.S. states and territories, fought to ease the archaic restrictions on suppressors in the District of Columbia, testified before dozens of legislative bodies,

hosted countless suppressor demonstrations for legislators, policymakers, media, and the public, and funded research proving the efficacy of suppressors.

5. Chris Brown, Allen Mayville, and Prime Protection STL, LLC d/b/a Prime Protection STL Tactical Boutique—plaintiffs in this case—are members of ASA. ASA brings this suit on behalf of its members, who are directly harmed by Defendants' enforcement of the NFA.

I, Owen L. Miller, certify under penalty of perjury that the foregoing is true and correct.

10 NOV 2025
**DATE**

**OWEN L MILLER**
**VICE-PRESIDENT**
**AMERICAN SUPPRESSOR ASSOCIATION**