# EXHIBIT 8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHRIS BROWN; ALLEN MAYVILLE; PRIME PROTECTION STL, LLC D/B/A PRIME PROTECTION STL TACTICAL BOUTIQUE; NATIONAL RIFLE ASSOCIATION OF AMERICA; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; and AMERICAN SUPPRESSOR ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; DANIEL P. DRISCOLL, in his official capacity as Acting Director of the Bureau of Alcohol Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and PAMELA J. BONDI, in her official capacity as Attorney General of the United States,<br><br>*Defendants*. | No. 4:25-cv-1162 |

## DECLARATION OF NICHOLAS A. VARONE

I, Nicholas A. Varone, an attorney duly admitted to practice in the United States District Court for the Eastern District of Missouri *pro hac vice*, declare as follows under penalty of perjury that the following is true and correct:

1. I am an associate at the law firm of Cooper & Kirk, PLLC, counsel for Plaintiffs. I am fully familiar with the facts and circumstances stated herein from my handling of this matter.

2. I respectfully submit this Declaration in support of the authenticity of the exhibit attached hereto, which is referenced in support of Plaintiffs' motion for summary judgment.

3. Attached hereto as **Exhibit A** is a true and correct PDF copy of an October 14, 2025, email I received from Jody D. Lowenstein, counsel for Defendants in this case, containing then-current NFA firearm registration statistics.

Executed on November 12, 2025.

                                                         _/s/ Nicholas A. Varone_
                                                         Nicholas A. Varone

# EXHIBIT A

| | |
|---|---|
| **From:** | Lowenstein, Jody D. (CIV) |
| **To:** | Pete Patterson; David Thompson; Nicholas Varone |
| **Subject:** | Brown v. ATF, No. 4:25-cv-1162 (E.D. Mo.) |
| **Date:** | Tuesday, October 14, 2025 11:03:22 AM |

**Caution: External Email**

Pete,

Below you will find the information that plaintiffs requested from ATF:

Current registration of NFA weapons:

| NFA Type (i.e., individuals, trusts, FFLs) | Total Number | Non-Government |
|---|---|---|
| Silencers | 4,956,408 | 4,818,120 |
| Any Other Weapon | 118,173 | 84,914 |
| Short-Barreled Rifles | 1,179,994 | 820,338 |
| Short-Barreled Shotguns | 184,843 | 65,010 |
| Destructive Devices | 7,237,255 | 705,633 |

Best,

**Jody D. Lowenstein**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 598-9280
jody.d.lowenstein@usdoj.gov