IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRIS BROWN, ALLEN MAYVILLE; PRIME PROTECTION STL, LLC D/B/A PRIME PROTECTION STL TACTICAL BOUTIQUE; NATIONAL RIFLE ASSOCIATION OF AMERICA; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; and AMERICAN SUPPRESSOR ASSOCIATION, *Plaintiffs*, v. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; DANIEL P. DRISCOLL, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and PAMELA J. BONDI, in her official capacity as Attorney General of the United States, *Defendants*. | No. 4:25-cv-1162 |

## ENTRY OF APPEARANCE

Please take notice that Anthony J. Powell of the Office of the Kansas Attorney General hereby enters his appearance in this matter on behalf of Proposed *Amici Curiae* the States of Kansas, Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Louisiana, Missouri, Montana, Nebraska, North Dakota, Oklahoma, South Carolina, South Dakota, Texas, Utah, West Virginia, and Wyoming and the Arizona Legislature.

1

**Dated:** December 9, 2025                    Respectfully submitted,

                                                 **KRIS W. KOBACH**
**Attorney General of Kansas**

*/s/ Anthony J. Powell*
Anthony J. Powell, #14981KS
*Solicitor General*
**Office of the Kansas Attorney General**
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-2215
Anthony.Powell@ag.ks.gov

*Counsel for Proposed Amici Curiae*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of December 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have entered an appearance.

      */s/ Anthony J. Powell*
      Anthony J. Powell