**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| CHRIS BROWN, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, *et al.*,<br><br>    *Defendants*. | No. 4:25-cv-1162 |

**CONSENT MOTION OF BRADY CENTER TO PREVENT GUN VIOLENCE, EVERYTOWN FOR GUN SAFETY, AND GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS**

The Brady Center to Prevent Gun Violence, Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund), and Giffords Law Center to Prevent Gun Violence respectfully move this Court for leave to file the attached brief as amici curiae in support of Defendants' motion for summary judgment and in Opposition to Plaintiffs' motion for summary judgment.  For the reasons described below, the proposed brief contains relevant material that may aid the Court in resolving the issues raised by the parties' motions.  Counsel for the parties have been consulted regarding this motion and have consented to the filing of this motion and the attached brief.  A copy of the proposed amicus brief is attached hereto as Exhibit A.

Amici are among the nation's foremost authorities on law and policy relating to the prevention and reduction of gun violence.  Brady Center to Prevent Gun Violence ("Brady") is the nation's longest-standing non-partisan, non-profit organization dedicated to reducing gun violence through education, research, legal advocacy, and political action. Brady has

1

filed numerous amicus briefs in cases involving the constitutionality of firearms regulations, and courts have cited Brady's research and expertise.  Everytown for Gun Safety ("Everytown") is the largest gun violence prevention organization in country. Everytown has extensive experience litigating cases involving the interpretation of federal firearms laws and has submitted numerous amicus briefs in cases involving challenges to federal firearms laws and regulations.  Giffords Law Center to Prevent Gun Violence ("Giffords Law Center") is a survivor-led non-profit policy organization serving lawmakers, advocates, legal professionals, gun violence survivors, and others who seek to reduce gun violence and improve the safety of their communities.  Giffords Law Center has contributed technical expertise and informed analysis as an *amicus* in numerous cases involving firearm regulations and constitutional principles affecting gun policy.

This case involves challenges to the comprehensive regulatory framework developed by Congress to permit the lawful possession of silencers, short-barreled shotguns, and short-barreled rifles while imposing registration and related requirements to trace these weapons, deter their use in violent crimes, and prevent their diversion into the black market. Amici have extensive experience in studying how federal firearms regulations such as the one at issue in this case affect public safety.  Amici are submitting this brief to give the Court the benefit of their experience and expertise, and to provide information not brought to the Court's attention by the parties to this case.

## CONCLUSION

Amici curiae request that the Court grant amici curiae leave to file the attached brief in support of Defendants' motion for summary judgment and in opposition to Plaintiffs' motion for summary judgment.

Dated: December 22, 2025                    Respectfully Submitted,

                                            */s/* Matthew G. Olsen

                                            Matthew G. Olsen† (D.C. Bar No. 425240)
                                            Joshua A. Geltzer† (D.C. Bar No. 1018768)
                                            WILMER CUTLER PICKERING HALE AND DORR
                                            LLP
                                            2100 Pennsylvania Ave., NW
                                            Washington, DC 20037
                                            Phone: (202) 663-6000
                                            Fax: (202) 663-6363
                                            matthew.olsen@wilmerhale.com
                                            joshua.geltzer@wilmerhale.com

                                            *Counsel for Proposed Amici*
                                            † *Motion for admission pro hac vice forthcoming.*

**CERTIFICATE OF SERVICE**

I hereby certify that that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Missouri by using the court's CM/ECF system on December 22, 2025.  I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

Dated: December 22, 2025                          /s/ Matthew G. Olsen

                                                 *Counsel for Proposed Amici*