# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHRIS BROWN, ALLEN MAYVILLE; PRIME PROTECTION STL, LLC D/B/A PRIME PROTECTION STL TACTICAL BOUTIQUE; NATIONAL RIFLE ASSOCIATION OF AMERICA; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; and AMERICAN SUPPRESSOR ASSOCIATION, <br><br>    *Plaintiffs*, <br><br>v. <br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; DANIEL P. DRISCOLL, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and PAMELA J. BONDI, in her official capacity as Attorney General of the United States, <br><br>    *Defendants*. | No. 4:25-cv-1162 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Adam T. Steinhilber of the Office of the Kansas Attorney General hereby withdraws his appearance in this matter on behalf of *Amici Curiae* the States of Kansas, Alabama, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Louisiana, Missouri, Montana, Nebraska, North Dakota, Oklahoma, South Carolina, South Dakota, Texas, Utah, West Virginia, and Wyoming and the Arizona Legislature. Amici will continue to be represented by

1

other counsel who have already appeared in this matter: Anthony J. Powell and James R. Rodriguez.

**Dated:** March 12, 2026               Respectfully submitted,

**KRIS W. KOBACH**
**Attorney General of Kansas**

*/s/ Adam T. Steinhilber*
Adam T. Steinhilber, #30468KS
*Assistant Solicitor General*
**Office of the Kansas Attorney General**
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-2215
Adam.Steinhilber@ag.ks.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of March 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have entered an appearance.

                                        */s/ Adam T. Steinhilber*
                                        Adam T. Steinhilber