**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

CHRIS BROWN, et al.,

        *Plaintiffs*,

    v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et
al.,

        *Defendants*.

No. 4:25-cv-01162-SRC

**CERTIFICATE OF SERVICE**

On April 24, 2026, I electronically submitted the Supplemental Brief of City of Baltimore, Maryland; City of Columbus, Ohio; Harris County, Texas; Everytown for Gun Safety; Brady Center to Prevent Gun Violence; and Giffords Law Center to Prevent Gun Violence as Amici Curiae in Support of Defendants, ECF No. 74 (the "Supplemental Amici Brief") with the Clerk of Court for the U.S. District Court, Eastern District of Missouri, using the Court's electronic case filing system. I also have caused the Supplemental Amici Brief to be sent by U.S. Mail to pro se amicus curiae Robert Miller at the address listed for him on the docket. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Dated: April 27, 2026

Respectively submitted,

By: /s/ William J. Taylor, Jr.

William J. Taylor, Jr. – 3958956 (NY)*
Everytown Law
450 Lexington Avenue, P.O. Box 4184
New York, NY 10163
(646) 324-8215
wtaylor@everytown.org

*Counsel for amicus curiae*
*Everytown for Gun Safety*

*Admitted pro hac vice