**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| CHRIS BROWN; ALLEN MAYVILLE; PRIME PROTECTION STL, LLC D/B/A PRIME PROTECTION STL TACTICAL BOUTIQUE; NATIONAL RIFLE ASSOCIATION OF AMERICA; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; and AMERICAN SUPPRESSOR ASSOCIATION, | : : : : : : : : |  |
| *Plaintiffs*, | : : | No. 4:25-cv-01162-SRC |
| v. | : : |  |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; DANIEL P. DRISCOLL, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and PAMELA J. BONDI, in her official capacity as Attorney General of the United States, | : : : : : : : |  |
| *Defendants*. | : : |  |

## NOTICE OF APPEARANCE

Please take notice that John D. Ohlendorf of Cooper & Kirk, PLLC hereby enters his appearance on behalf of the Plaintiffs Chris Brown, Allen Mayville, Prime Protection STL, LLC, National Rifle Association of America, Firearms Policy Coalition, Inc., Second Amendment Foundation, and American Suppressor Association in the above-captioned matter.

Dated: May 11, 2026

Respectfully Submitted,

/s/ John D. Ohlendorf
John D. Ohlendorf, No. 63145MO
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Tel: (202) 220-9600

johlendorf@cooperkirk.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

On May 11, 2026, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Missouri, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ John D. Ohlendorf
John D. Ohlendorf
COOPER & KIRK, PLLC