**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

CHRIS BROWN, ALLEN MAYVILLE;
PRIME PROTECTION STL, LLC D/B/A
PRIME PROTECTION STL TACTICAL
BOUTIQUE; NATIONAL RIFLE
ASSOCIATION OF AMERICA; FIREARMS
POLICY COALITION, INC.; SECOND
AMENDMENT FOUNDATION; and
AMERICAN SUPPRESSOR ASSOCIATION,

     *Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES; DANIEL P.
DRISCOLL, in his official capacity as Acting
Director of the Bureau of Alcohol, Tobacco,
Firearms and Explosives; UNITED STATES
DEPARTMENT OF JUSTICE; and PAMELA
J. BONDI, in her official capacity as Attorney
General of the United States,

     *Defendants*.

No. 4:25-cv-1162

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Anthony J. Powell of the Office of the Kansas

Attorney General hereby withdraws his appearance in this matter on behalf of

*Amici Curiae* the States of Kansas, Alabama, Alaska, Arkansas, Florida, Georgia,

Idaho, Indiana, Iowa, Louisiana, Missouri, Montana, Nebraska, North Dakota,

Oklahoma, South Carolina, South Dakota, Texas, Utah, West Virginia, and

Wyoming and the Arizona Legislature. Amici will continue to be represented by

1

other counsel who have already appeared in this matter: James R. Rodriguez.

**Dated:** June 10, 2026

Respectfully submitted,

**KRIS W. KOBACH**
**Attorney General of Kansas**

*/s/ Anthony J. Powell*
Anthony J. Powell, #14981
*Solicitor General*
**Office of the Kansas Attorney General**
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-2215
anthony.powell@ag.ks.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this __th day of June 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have entered an appearance.

*/s/ Anthony J. Powell*
Anthony J. Powell, #14981