**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| CHRIS BROWN, et al.<br><br>    *Plaintiffs*,<br><br>    v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, et al.<br><br>    *Defendants*. | **Case No.** 4:25-cv-1162-SRC |

**MOTION TO WITHDRAW AS COUNSEL**

Attorney Samuel P. Siegel moves for leave to withdraw as counsel for amici the City of

Baltimore, Maryland; the City of Columbus, Ohio; and Harris County, Texas; because he is

leaving the Institute for Constitutional Advocacy and Protection at Georgetown Law (ICAP).

Amici will continue to be represented by other counsel who have entered an appearance for

amici.

June 30, 2026                                          Respectfully submitted,

                                                        */s/ Samuel P. Siegel*

                                                        Samuel P. Siegel[†]
                                                        INSTITUTE FOR CONSTITUTIONAL ADVOCACY
                                                        AND PROTECTION
                                                        GEORGETOWN LAW
                                                        600 New Jersey Ave. NW
                                                        Washington, DC 20001
                                                        (202) 662-6548
                                                        ss5427@georgetown.edu

[†] *Admitted pro hac vice.*

1