# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

<table>
<tr><td>

CHRIS BROWN, et al.

               *Plaintiffs*,

    v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.

               *Defendants*.

</td><td>

Case No. 4:24-CV-1162-SRC

</td></tr>
</table>

### [PROPOSED] ORDER ON MOTION TO WITHDRAW

The Court has considered the motion to withdraw as counsel Samuel P. Siegel. It is

ORDERED that the motion is GRANTED.

_____
DATE

_____
The Honorable Stephen R. Clark
United States District Judge