UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS BROWN et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-01162-SRC |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS AND EXPLOSIVES et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Order**

The Court enters this order to address two matters. First, on June 18, 2026, the Court continued oral argument in this case. Doc. 83. The Court now reschedules oral argument for August 10, 2026, at 1:30 p.m. All procedures previously set by the Court governing oral argument remain in effect. *See* doc. 80.

Second, the Supreme Court recently decided a Second Amendment case with potential implications for this case. *See Wolford v. Lopez*, No. 24-1046, 2026 WL 1825723 (U.S. June 25, 2026) (elucidating the two-part test set out in *N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1, 24 (2022)). The Court therefore orders the parties to brief whether the Eighth Circuit's account of *Bruen*'s first step is consistent with *Wolford*. *Compare United States v. Charles*, 159 F.4th 545, 547 (8th Cir. 2025) ("The plain meaning of the word 'bear' in the Second Amendment is to 'carry,' and, when used in conjunction with the word 'arms,' it means "carrying for a particular purpose—confrontation.") (citation omitted), *with Wolford*, 2026 WL 1825723, at *6 (defining *Bruen*'s first step as focusing on the Second Amendment's "literal language[,]" that is, whether "the law place[s] any restrictions on either the 'keep[ing]' (*i.e.*, possession) or the 'bear[ing]' (*i.e.*, carrying) of arms")). The Supreme Court also offered additional guidance for

1

applying *Bruen*'s second step.  *See Wolford*, 2026 WL 1825723, at *6–7.  The Court orders the parties to address the application of *Wolford*'s elucidation of *Bruen*'s second step to the record evidence.  *See id.*

The Court therefore orders Plaintiffs to file supplemental briefing addressing these issues no later than July 13, 2026.  Defendants must respond no later than July 27, 2026.  And Plaintiffs may file a reply no later than August 3, 2026.  The parties' supplemental briefing must be double-spaced and no longer than 20 pages, inclusive of a table of contents and table of authorities.

So ordered this 1st day of July 2026.

_____

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE

2