**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

CHRIS BROWN; ALLEN MAYVILLE; PRIME          :
PROTECTION STL, LLC D/B/A PRIME             :
PROTECTION STL TACTICAL BOUTIQUE;           :
NATIONAL RIFLE ASSOCIATION OF AMERICA; :
FIREARMS POLICY COALITION, INC.;            :
SECOND AMENDMENT FOUNDATION; and            :
AMERICAN SUPPRESSOR ASSOCIATION,            :
                                            :
        *Plaintiffs*,                       :   No. 4:25-cv-01162-SRC
                                            :
v.                                          :
                                            :
BUREAU OF ALCOHOL, TOBACCO, FIREARMS :
AND EXPLOSIVES; ROBERT CEKADA, in           :
his official capacity as Director of the Bureau of :
Alcohol, Tobacco, Firearms and Explosives;  :
UNITED STATES DEPARTMENT OF JUSTICE; :
and TODD W. BLANCHE, in his official capacity as :
Acting Attorney General of the United States,[1] :
                                            :
        *Defendants*.                       :

## MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITIES

Plaintiffs Chris Brown, Allen Mayville, Prime Protection STL, LLC d/b/a Prime Protection

STL Tactical Boutique, National Rifle Association of America, Firearms Policy Coalition, Inc.,

Second Amendment Foundation, and American Suppressor Association, through undersigned

counsel, respectfully request leave to file the attached Notice of Supplemental Authorities.

---

[1] Under Rule 25(d) of the Federal Rules of Civil Procedure, Robert Cekada, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, has been automatically substituted as a party in this case after being confirmed as Director on April 29, 2026. Todd W. Blanche, in his official capacity as Acting Attorney General of the United States, has also been automatically substituted as a party in this case after being appointed Acting Attorney General on April 2, 2026.

In addition to *Wolford v. Lopez*, No. 24-1046, 2026 WL 1825723 (U.S. June 25, 2026), which Plaintiffs are addressing in accordance with this Court's recent briefing order, ECF Nos. 85, 87, the Supreme Court recently decided two cases that bear on the issues that are pending before the Court in the parties' motions for summary judgment: *United States v. Hemani*, 608 U.S. ----, 146 S. Ct. 1677 (2026) (attached as Exhibit A); and *Landor v. Louisiana Department of Corrections & Public Safety*, No. 23-1197, 2026 WL 1791277 (U.S. June 23, 2026) (attached as Exhibit B). Plaintiffs submit that the Court's consideration of these cases and Plaintiffs' explanation of their relevance will aid the Court in resolving the pending motions, so Plaintiffs respectfully request leave to file the attached Notice. Plaintiffs have conferred with Defendants, and Defendants do not oppose this motion, but indicated that they reserve the right to file a response to the Notice of Supplemental Authorities.

Dated: July 14, 2026

Respectfully Submitted,

/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
John D. Ohlendorf
Nicholas A. Varone*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, DC 20036
Tel: (202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
johlendorf@cooperkirk.com
nvarone@cooperkirk.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

On July 14, 2026, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Missouri, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ David H. Thompson
David H. Thompson
COOPER & KIRK, PLLC