**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| CHRIS BROWN; ALLEN MAYVILLE; PRIME PROTECTION STL, LLC D/B/A PRIME PROTECTION STL TACTICAL BOUTIQUE; NATIONAL RIFLE ASSOCIATION OF AMERICA; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; and AMERICAN SUPPRESSOR ASSOCIATION, | : : : : : : : : | |
| *Plaintiffs*, | : : | No. 4:25-cv-01162-SRC |
| v. | : : | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; ROBERT CEKADA, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and TODD W. BLANCHE, in his official capacity as Acting Attorney General of the United States, | : : : : : : : : | |
| *Defendants*. | : : | |

**[Proposed] ORDER**

Before the Court is Plaintiffs' Motion for Leave to File Notice of Supplemental Authorities, filed on July 14, 2026. They request leave to file the Notice of Supplemental Authorities attached to the Motion. Having reviewed the Motion, rules, and relevant law, the Court **GRANTS** the Motion. The Clerk is directed to file the Notice of Supplemental Authorities as a separate entry on the docket. Defendants may file a response on or before July 23, 2026.

**SO ORDERED** on this _____ day of _____, _____.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE