**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

CHRIS BROWN, et al.,

  *Plaintiffs,*

  v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

  *Defendants.*

No. 4:25-cv-1162-SRC

## MOTION TO WITHDRAW AS COUNSEL

Amici Curiae Brady Center to Prevent Gun Violence, Everytown for Gun Safety Action Fund, and Giffords Law Center to Prevent Gun Violence ("Amici Curiae") hereby move the Court for leave to withdraw the appearance of Matthew Olsen as counsel in this action.

The grounds for this motion are as follows:

Matthew Olsen will be leaving Wilmer Cutler Pickering Hale and Dorr LLP and will no longer be authorized to represent Amici Curiae in this matter. Amici Curiae will continue to be represented by counsel of record from Wilmer Cutler Pickering Hale and Dorr LLP, Brady United Against Gun Violence, Everytown Law, and Giffords Law Center.

The client has been notified of the withdrawal. No parties will be prejudiced or impacted by the relief requested in this motion.

Amici Curiae respectfully request that the Court grant an Order withdrawing Matthew Olsen as counsel in this matter.

1

Dated:  August 4, 2026

/s/ Matthew G. Olsen
Matthew G. Olsen* (D.C. Bar No. 425240)
Joshua A. Geltzer* (D.C. Bar No. 1018768)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
Phone: (202) 663-6000
Fax: (202) 663-6363
matthew.olsen@wilmerhale.com
joshua.geltzer@wilmerhale.com

*admitted pro hac vice