UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS BROWN et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-01162-SRC |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS AND EXPLOSIVES et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Order

The Court orders as follows regarding the August 10, 2026 oral argument.  The parties must be prepared to discuss the relevance to this case of Judge Hendrix's analysis in his Memorandum Opinion and Order.  *See Silencer Shop Foundation et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al.*, 6:25-cv-00056-H, doc. 136 (N.D. Tex. Aug. 5, 2026). Counsel for amici should also be prepared to address any unique issues raised in their briefs. The Court will reserve 20 minutes for amici in support of Plaintiffs and 20 minutes for amici in support of Defendants to present argument.  The Court will only allow one attorney to argue for amici in support of Plaintiffs and one attorney to argue for amici in support of Defendants. Otherwise, the Court's previously ordered procedures for oral argument remain in effect.  *See* doc. 80.

So ordered this 6th day of August 2026.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE

1