UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS BROWN et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-01162-SRC |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**Order**

On September 16, 2026, the Court consolidated *State of Missouri ex rel. Hanaway v. Bureau of Alcohol, Tobacco, Firearms & Explosives*, 4:26-cv-01430-SRC (E.D. Mo. filed Sep. 8, 2026), into this case. Doc. 103 at 1 (The Court cites to page numbers as assigned by CM/ECF.). Eight days later, the original *Missouri* plaintiffs (i.e., the State of Missouri and Dave Marshak) amended their complaint to add ten States as plaintiffs, doc. 107, and stated the intent of both the original *Missouri* plaintiffs and newly added States to join the *Brown* plaintiffs' motion for summary judgment, doc. 108. In a footnote, the *Missouri* plaintiffs acknowledge that Plaintiff States Georgia, Kansas, Oklahoma, South Dakota, and Utah "obtained injunctive relief as to their state agencies and political subdivisions in *Silencer Shop Foundation v. Bureau of Alcohol, Tobacco, Firearms, & Explosives*." *Id.* at 5 n.2 (citation omitted). These filings raise questions about (1) the standing of Plaintiff States Georgia, Kansas, Oklahoma, South Dakota, and Utah; and (2) the validity of the original *Missouri* plaintiffs' amendment.

Accordingly, the Court orders Defendants to, no later than October 7, 2026, file a supplemental brief addressing the standing of Plaintiff States Georgia, Kansas, Oklahoma, South Dakota, and Utah, as well as whether the original *Missouri* plaintiffs' amendment is valid.

Within seven days after Defendants file their supplemental brief, Plaintiffs may file a response.

The supplemental briefs may not exceed fifteen pages. *See* E.D.Mo. L.R. 4.01(D).

So ordered this 30th day of September 2026.

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE