UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Missouri<br>Plaintiff, | ) | |
| V. | ) | Case No. 4:25-cv-1162/4:26-cv-1430 |
| Bureau of Alcohol, Tobacco, F<br>Defendant. | ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, James Rodriguez, move to be admitted pro hac vice to the bar of this court for the purpose of representing Plaintiff State of Kansas in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a) Full name of the movant-attorney;
James Rodriguez

(b) Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

Name: Office of the Attorney General
Address: 120 SW 10th Ave, 2d Fl.
City, State Zip: Topeka KS 66612
Phone No.: 785-368-8197
Fax No.:

(c) Email for movant-attorney;
jay.rodriguez@ag.ks.gov

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
New York University, May 2015

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| **Jurisdiction** | **Yr. Admitted** | **Reg. Number** |
|---|---|---|
| State of Kansas | 2021 | 29172 |
| U.S. District of Kansas | 2024 | 29172 |
| U.S. Court of Appeals, Tenth Cir. | 2025 | 29172 |
| (see attached sheet for additional) | | |

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

Signature of Movant

JAMES RODRIGUEZ
SUPPLEMENTAL LIST OF BARS ADMITTED TO PRACTICE:

1. State of Kansas, 29172 — 12/8/2021
2. State of New York, 5452370 — 7/16/2016 – 1/6/2025 (non-disciplinary resignation)
3. U.S. District Court, District of Kansas, 29172 — 3/21/2024
4. U.S. District Court, District of North Dakota, 29172 — 8/6/2024
5. U.S. District Court, Northern District of Texas, 29172 — 1/20/2025
6. U.S. District Court, Southern District of Texas, 29172 — 7/29/2025
7. U.S. District Court, District of Columbia, 29172 — 3/7/2025
8. U.S. Court of Appeals, Tenth Circuit, 29172 — 7/1/2025
9. U.S. Court of Appeals, District of Columbia, 67138 — 4/29/2026
10. U.S. Court of Appeals, First Circuit, 1223913 — 5/11/2026

# The Supreme Court of Kansas

## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on December 8, 2021,

James R. Rodriguez

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 28th day of September, 2026.

Active Status

*Clerk of the Supreme Court of Kansas*