UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS BROWN et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-01162-SRC |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>Order</u>**

On August 5, 2026, Judge James Wesley Hendrix of the United States District Court for the Northern District of Texas issued a permanent injunction in *Silencer Shop Foundation v. Bureau of Alcohol, Tobacco, Firearms & Explosives*, No. 6:25-cv-056-H, 2026 WL 2255460, at *30 (N.D. Tex. Aug. 5, 2026). The Bureau of Alcohol, Tobacco, Firearms and Explosives had until October 5 to appeal the injunction to the Fifth Circuit. *See* Fed. R. App. P. 4(a)(1)(B). That date has come and gone without an appeal.

The Court orders the parties to appear for a status conference on October 22, 2026, at 10 a.m. CDT via Zoom. Lead trial counsel for each party must appear for the conference. The parties should be prepared to discuss:

1. the effect of the final judgment in *Silencer Shop* on this case;
2. the standing of Plaintiff States Georgia, Kansas, Oklahoma, South Dakota, and Utah, *see* doc. 109; and
3. whether the original *Missouri* plaintiffs' (i.e., the State of Missouri and Dave Marshak) amendment, doc. 107, was valid.

Case participants will receive a separate email with a link for accessing the conference. Members of the general public who wish to listen to the conference are directed to call the

following number to listen by phone: 1-669-254-5252. The Meeting ID is 160 748 7975. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. *See* E.D.Mo. L.R. 13.02. This includes proceedings ordered by the Court to be conducted by phone or video.

So ordered this 6th day of October 2026.

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE