IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

STATE OF MISSOURI *ex rel.* CATHERINE L. HANAWAY, ATTORNEY GENERAL OF MISSOURI; DAVE MARSHAK; STATE OF KANSAS; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IOWA; STATE OF NEBRASKA; STATE OF NEW HAMPSHIRE; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF SOUTH DAKOTA; and STATE OF UTAH;

Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES; and ROBERT CEKADA, in his official capacity as DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,

Defendants.

Case No. 4:26-cv-01430-SRC

Consolidated with No. 4:25-cv-01162-SRC

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, Cody S. Barnett, Nebraska Solicitor General, hereby enters his appearance on behalf of Plaintiff State of Nebraska in the above-captioned matter.

Dated: October 6, 2026

Respectfully submitted,

MICHAEL T. HILGERS
*Nebraska Attorney General*

*s/ Cody S. Barnett*
Cody S. Barnett, #28391NE
*Solicitor General*

NEBRASKA DEPARTMENT OF JUSTICE
1445 K Street, Room 2115
Lincoln, Nebraska 68508
Telephone: (402) 471-2683
Fax: (402) 471-3297
cody.barnett@nebraska.gov

*Counsel for State of Nebraska*

**CERTIFICATE OF SERVICE**

On October 6, 2026, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Missouri, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Cody S. Barnett*
Cody S. Barnett
Solicitor General
Nebraska Department of Justice