Andrew Dymek (9277UT)
Assistant Solicitor General
Office of the Utah Attorney General
P.O. Box 140858
Salt Lake City, Utah 84114-0858
(801) 366-0533
adymek@agutah.gov

*Counsel for State of Utah*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI (ST. LOUIS)**

| | |
|---|---|
| State of Missouri, et al,<br><br>*Plaintiffs*,<br><br>v.<br><br>Bureau of Alcohol, Tobacco, Firearms and Explosives, et al,<br><br>*Defendants.* | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 4:25-cv-01162-SRC<br><br>Chief District Judge Stephen R. Clark |

Notice of Appearance is hereby given that Andrew Dymek will appear in the above-captioned matter on behalf of the State of Utah pursuant to Local Rule 12.01(D) governing the admission of government attorneys. Mr. Dymek has submitted his PACER application, and the required agency letter has been transmitted to the Attorney Admissions Department as part of his limited admission request. Accordingly, all further notices, pleadings, papers,

and other materials relevant to this action should be directed to and served upon counsel at the address provided below.

Andrew Dymek
Assistant Solicitor General
Office of the Utah Attorney General
P.O. Box 140858
Salt Lake City, Utah 84114-0858
(801) 366-0533
adymek@agutah.gov

DATED October 13, 2026

Respectfully submitted,

*/s/ Andrew Dymek*
Andrew Dymek
Assistant Solicitor General
*Counsel for State of Utah*

CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2026, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be filed using the Court's electronic filing system, which effectuated service of such filing upon all counsel who have entered an appearance.

*/s/ Andrew Dymek*
Andrew Dymek
Assistant Solicitor General
*Counsel for State of Utah*