**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

CHRIS BROWN, *et al.*,

*Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,

*Defendants*.

No. 4:25-cv-1162

**PROPOSED ORDER**

Upon consideration of Defendants' Unopposed Motion to Continue Hearing, the Court hereby **GRANTS** the motion. The Court orders the parties to appear for a status conference on ______________________, at ______________ via Zoom.

So ordered this _____ day of October 2026.

______________________________
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE