**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| CHRIS BROWN, STATE OF MISSOURI, et al,<br><br>Plaintiffs,<br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; UNITED STATES DEPARTMETN OF JUSTICE; TODD BLANCHE, in his official capacity as ATTORNEY GENERAL OF THE UNITED STATES, et al<br><br>Defendants. | Civil No. 4:25-cv-01162-SRC<br>Consolidated with No. 4:26-cv-01430 |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Sam M. Gonyea, New Hampshire Senior Assistant Attorney General, hereby enters his appearance on behalf of Plaintiff State of New Hampshire in the above-captioned matter.

Respectfully submitted,

THE STATE OF NEW HAMPSHIRE

By its attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: October 14, 2026

/s/ Sam M. Gonyea
Sam M. Gonyea, Bar #273264NH
Senior Assistant Attorney General
NH Department of Justice
1 Granite Place South
Concord, NH 03301
sam.m.gonyea@doj.nh.gov
(603) 271-1241

**CERTIFICATE OF SERVICE**

On October 14, 2026, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Missouri, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Sam M. Gonyea
Sam M. Gonyea