IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

CHRIS BROWN, STATE OF MISSOURI, *ET AL.*

*Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, *ET AL.*

*Defendants*.

Case No. 4:25-cv-1162
4:26-cv-1430 (consolidated)

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, James Rodriguez, hereby enters his appearance on behalf of Plaintiff State of Kansas in the above-captioned matter.

Respectfully submitted,

KRIS KOBACH
Attorney General of Kansas

*/s/ James R. Rodriguez*

James R. Rodriguez, KS #29172
Deputy Attorney General
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Tel.: (785) 368-8197
Jay.Rodriguez@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

**CERTIFICATE OF SERVICE**

On October 14, 2026, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Missouri, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ James Rodriguez*
James Rodriguez