.IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BROWN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, et al.<br><br>Defendants. | Case No. 4:25-cv-01162<br><br>**NOTICE OF APPEARANCE** |

COMES NOW Eric H. Wessan, Solicitor General, and hereby appears as counsel on behalf of Plaintiff State of Iowa.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

*/s/ Eric H. Wessan*
ERIC H. WESSAN
Solicitor General
Iowa Department of Justice
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

Counsel for the State of Iowa

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on October 15, 2026

- ☐ U.S. Mail
- ☐ Hand Delivery
- ☐ Federal Express
- ☒ CM/ECF
- ☐ FAX
- ☐ Overnight Courier
- ☐ Other

Signature: */s/ Julie Sander*