IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHRIS BROWN, STATE OF MISSOURI, *ET AL.*<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, *ET AL.*<br><br>*Defendants*. | Case No. 4:25-cv-1162<br>4:26-cv-1430 (consolidated) |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, Elijah J. O'Kelley, hereby enters his appearance on behalf of Plaintiff State of Georgia in the above-captioned matter.

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General of Georgia

*/s/ Elijah J. O'Kelley*
Elijah J. O'Kelley
Principal Deputy Solicitor General
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, Georgia 30334
(470) 816-1342
eokelley@law.ga.gov

*Counsel for Plaintiff State of Georgia*

**CERTIFICATE OF SERVICE**

On October 26, 2026, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Missouri, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Elijah J. O'Kelley*
Elijah J. O'Kelley