IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| CHRIS BROWN, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| -vs- | ) | No. 4:25-cv-01162-SRC |
| | ) | Consolidated with |
| BUREAU OF ALCOHOL, | ) | 4:26-cv-01430-SRC |
| TOBACCO, FIREARMS AND | ) | |
| EXPLOSIVES, et al. | ) | |
| | ) | |
| *Defendants*. | ) | |

**ENTRY OF APPEARANCE**

Principal Deputy Solicitor General William J. Seidleck enters his appearance on behalf of State of Missouri ex rel Catherine L. Hanaway, Attorney General of Missouri.

Dated: October 30, 2026

*/s/ William J. Seidleck*

William J. Seidleck #77794
*Principal Deputy Solicitor General*
Office of Missouri Attorney General
815 Olive Street, Suite #200
St. Louis, Missouri 63101
(573) 301-5359
William.Seidleck@ago.mo.gov

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, the foregoing Entry of Appearance was filed electronically using the Court's electronic filing system, which sends notification to all counsel of record.

/s/ *William J. Seidleck*