IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| CHRIS BROWN, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| -vs- | ) | No. 4:25-cv-01162-SRC |
| | ) | Consolidated with |
| BUREAU OF ALCOHOL, | ) | 4:26-cv-01430-SRC |
| TOBACCO, FIREARMS AND | ) | |
| EXPLOSIVES, et al. | ) | |
| | ) | |
| *Defendants*. | ) | |

**ENTRY OF APPEARANCE**

Assistant Solicitor General Ryan Dugan enters his appearance on behalf of State of Missouri ex rel Catherine L. Hanaway, Attorney General of Missouri.

Dated: October 30, 2026

Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/ Ryan Dugan*
Ryan Dugan #77805
*Assistant Solicitor General*
207 West High Street
P.O. Box 899
Jefferson City, Missouri 65102
(573) 751-8785 Phone
Ryan.Dugan@ago.mo.gov

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the Court's electronic filing system, to be served on all counsel of record.

*/s/Ryan Dugan*