IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| CHRIS BROWN, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| -vs- | ) | No. 4:25-cv-01162-SRC |
| | ) | Consolidated with |
| BUREAU OF ALCOHOL, | ) | 4:26-cv-01430-SRC |
| TOBACCO, FIREARMS AND | ) | |
| EXPLOSIVES, et al. | ) | |
| | ) | |
| *Defendants*. | ) | |

## NOTICE OF APPEARANCE

Solicitor General Louis J. Capozzi III enters his appearance on behalf of State of Missouri ex rel Catherine L. Hanaway, Attorney General of Missouri.

Dated: October 30, 2026

**CATHERINE L. HANAWAY**
**Missouri Attorney General**

LOUIS J. CAPOZZI, III
Solicitor General

*/s/ Louis J. Capozzi III*
Louis J. Capozzi III #77756
*Solicitor General*
Office of Missouri Attorney General
207 West High St.
Jefferson City, MO 65101
(573) 645-9662
Louis.Capozzi@ago.mo.gov

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, the forgoing Notice of Appearance was filed electronically by using the Court's CM/ECF electronic filing system, serving all counsel of record.

*/s/ Louis J. Capozzi III*